# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

February 14, 2025

CL-2024-0388

L.D. v. Chilton County Department of Human Resources and E.R. (Appeal from Chilton Juvenile Court:  JU-21-121.04).

CL-2024-0426

T.C. and R.C. v. Chilton County Department of Human Resources, L.D., and E.R. (Appeal from Chilton Juvenile Court:  JU-21-121.03).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Seth P. Rhodebeck, Clerk